AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

UNITED STATES OF AMERICA

V.

EDWIN GERARD JOHNSON
also known as Ed Johnson,
also known as Tony C.

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-201 M-01

FILED
APR 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 16, 2005__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

Falsely assume and pretend to be an officer and employee of the United States and acts as such and in such pretended character demands and obtains a thing of value and did, Having devised and intending to devise a scheme and artifice to defraud and, for obtaining property by means of false and fraudulent pretense and representations, transmit by means of wire communication in interstate commerce signals and sounds for the purpose of executing such scheme and artifice.

in violation of Title __18__ United States Code, Section(s) __912__.
               __18__                                    __1343__.

I further state that I am __Anthony D. Campos, Deputy U.S. Marshal with the United States Marshal's Service__ and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

AUSA, Heidi Pasichow  (202) 514-7533
Sworn to before me and subscribed in my presence,

Anthony D. Campos, Deputy U.S. Marshal
United States Marshal's Service
District of Columbia

APR 1 4 2005
Date

at  Washington, D.C.
    City and State

Deborah A. Robinson
U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer