IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case Number |
| | : | Magistrate Number:  05-0159M-01 |
| v. | : | |
| | : | VIOLATIONS:  18 U.S.C. §912 |
| **EDWIN GERARD JOHNSON** | : | (False Impersonation of a United States ) |
| | : | Officer); |
| | : | 18 U.S.C. §1951 |
| | : | (Interference with Commerce by Threats or Violence) |

### INFORMATION

The United States informs the Court that:

### COUNT ONE

From on or about February 13 through on or about February 16, 2005, within the District of Columbia, **EDWIN GERARD JOHNSON** did falsely assume and pretend to be an officer and employee of the United States acting under authority thereof, that is a Deputy United States Marshal of the United States Marshal Service, and in such assumed and pretended character did act as such, in that he falsely stated the he was a Deputy United States Marshal of the United States Marshals Service engaged in locating and apprehending persons charged with criminal offenses and sought information restricted to law enforcement officers concerning those persons and requested an emergency response from the Metropolitan Police Department as an "officer in trouble" while pretending to be a Deputy United States Marshal.

  (**False Personation of Officer or Employee of the United States**, in violation of Title 18, United States Code, Section 912)

## COUNT TWO

On or about March 31, 2005, within the District of Columbia, EDWIN GERARD JOHNSON did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, in that the defendant EDWIN GERARD JOHNSON did obtain and attempt to obtain the property of a female prostitute with her consent having been induced by the wrongful use of actual and threatened force, violence and fear, in that the defendant did obtain money from a female prostitute by falsely representing himself as a law enforcement officer and threatening to arrest her should she not provide sex or money in violation of Title 18, United States Code, Section 1951.

   (**Interference with Commerce By Threats or Violence**, in violation of Title 18, United States Code, Section 1951)

                                        KENNETH L. WAINSTEIN
                                        United States Attorney
                                        for the District of Columbia


                              By:       _____
                                        Heidi M. Pasichow
                                        D.C. Bar # 370-686
                                        Assistant United States Attorney
                                        United States Attorneys Office
                                        Transnational/Major Crimes Section
                                        555 4th Street, N.W., 11th Floor
                                        Washington, D.C.  20530
                                        (202) 514-7533
                                        Heidi.Pasichow@usdoj.gov