AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED

AUG 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

——— DISTRICT OF ———

UNITED STATES OF AMERICA

v.

*Edwin Johnson*

## WAIVER OF INDICTMENT

CASE NUMBER: 05 cr 263

I, ___Edwin Johnson___, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ___8/16/05___ prosecution by indictment and consent that the

Date

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____