UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 05-0263 (RBW) |
| | ) | |
| **EDWIN JOHNSON,** | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

### MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR THE APPOINTMENT OF NEW COUNSEL

Undersigned counsel recently learned that the Office of the Federal Public Defender for the District of Columbia can no longer represent Edwin Johnson due to a conflict of interest. For this reason, the Federal Public Defender's office moves at this time to withdraw as counsel in this case.

Solomon L. Wisenberg, Esquire, a member of the Criminal Justice Act Panel, has agreed to represent Mr. Johnson. Mr. Wisenberg is aware of Mr. Johnson's November 10, 2005 court date and has informed undersigned counsel that he will be present at the next court proceeding in this matter. Mr. Wisenberg also informed undersigned counsel that he will be seeking a continuance of Mr. Johnson's sentencing at the November 10 hearing. For the reasons stated above, it is further requested that Solomon L. Wisenberg be appointed as Mr. Johnson's new counsel.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202)  208-7500