UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Cr. No. 05-0263 (RBW) |
| ) | |
| **EDWIN JOHNSON,** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |

**NOTICE OF FILING**

Pursuant to defendant's November 8, 2005 motion to withdraw as counsel and request for the appointment of a new counsel, the accompanying Order is respectfully filed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


/s/
_____
Tony W. Miles
Assistant federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Cr. No. 05-0263 (RBW) |
| ) | |
| **EDWIN JOHNSON,** ) | |
| ) | |
| **Defendant,** ) | |
| _____ ) | |

**O R D E R**

AND NOW, this ___, day of November, 2005, it is hereby **ORDERED** that Tony W. Miles, Assistant Federal Public Defender, is permitted to withdraw as counsel for the defendant in this case, and that Solomon L. Wisenberg, an attorney from the Criminal Justice Act Panel, be appointed to represent Edwin Johnson.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Heidi Pasichow, Esquire
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530

Tony W. Miles, Esquire
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC 20004

Solomon L. Wisenberg, Esquire
1717 Rhode Island Ave., N.W.
Suite 600
Washington, D.C. 20036