**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Criminal Division**

FILED

NOV 1 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>EDWIN JOHNSON, )<br><br>Defendant, )<br>_____ ) | Cr. No. 05-0263 (RBW) |

## O R D E R

AND NOW, this ___ day of November, 2005, it is hereby **ORDERED** that Tony W.

Miles, Assistant Federal Public Defender, is permitted to withdraw as counsel for the defendant

in this case, and that Solomon L. Wisenberg, an attorney from the Criminal Justice Act Panel, be

appointed to represent Edwin Johnson.

REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Heidi Pasichow, Esquire
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530



Tony W. Miles, Esquire
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004

Solomon L. Wisenberg, Esquire
1717 Rhode Island Ave., N.W.
Suite 600
Washington, D.C. 20036