IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  05-0263 (RBW) |
| | : | |
| v. | : | |
| | : | |
| EDWIN GERARD JOHNSON, | : | Sentencing Hearing: December 16, 2005 |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF THE  SENTENCING HEARING SCHEDULED FOR DECEMBER 16, 2005**

The defendant, by and through undersigned counsel, Solomon L. Wisenberg, respectfully moves the Court to continue the sentencing hearing currently scheduled for December 16, 2005 to a day during the week of January 30, 2006. As reasons for the continuance the defendant represents the following:

**Procedural Posture**

1.  Mr. Johnson was arrested on March 31, 2005, and charged with violating 18 U.S.C. § 912, False Impersonation of Officer or Employee of the United States, and 18 U.S.C. § 1343, Wire Fraud.

2.  On July 19, 2005 the Government filed an information charging Mr. Johnson with violating 18 U.S.C. § 912, False Impersonation of Officer or Employee of the United States, and 18 U.S.C. § 1951, Interference With Commerce By Threats Or Violence.

3.  On August 16, 2005 Mr. Johnson conditionally pled guilty under Federal Rule of Criminal Procedure 11(c)(1)(C) to both counts and the sentencing was scheduled for November 10, 2005.

4.  On November 8, 2005, Assistant Federal Public Defender Tony Miles filed a

motion to withdraw from the case.   Undersigned counsel was appointed and the sentencing was re-scheduled for December 16, 2005.

    5.  Undersigned counsel was very recently appointed to represent Mr. Johnson and needs additional time to prepare for the sentencing.

    6.  The defense attorney  has contacted the Assistant U.S. Attorney assigned to prosecute the case and informed her that there is information which may be pertinent to the sentencing allocution that counsel needs additional time to explore.  Said Assistant U.S. Attorney agrees that it would not be frivolous for undersigned counsel to explore such information.

    7.  The plea agreement contemplates that Mr. Johnson be sentenced to a period of incarceration for 33 months, and therefore, the instant request does not impact his freedom from incarceration nor does it prejudice his case in any way.

    8.  The Assistant U.S. Attorney assigned to the case indicated that the Government does not oppose the instant motion.

    For the foregoing reasons the defendant respectfully requests that the Court grant its motion to continue the sentencing hearing and reschedule the hearing for the week of January 30, 2005.

Dated:  December 9, 2005				Respectfully submitted,

>Solomon L. Wisenberg, PLLC
>DC Bar No. 464867
>1717 Rhode Island Ave, N.W., Suite 600
>Washington, DC 20036
>sol@wisenberglaw.com
>(202) 261-3649

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been sent via facsimile (202-514-6010), and postage prepaid, on this date, to:

AUSA Pasichow
555 4th Street, NW
Washington, DC 20530
Heidi.Pasichow@usdoj.gov

_____
Solomon L. Wisenberg PLLC
1717 Rhode Island Ave., NW
Suite 600
Washington, DC 20036
sol@wisenberglaw.com
(202) 261-3649

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.   05-0263 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **EDWIN GERARD JOHNSON,** | : | Sentencing Hearing: December 16, 2005 |
| **Defendant.** | : | |

### ORDER

Upon consideration of the defendant's unopposed motion to continue the sentencing hearing it is hereby

ORDERED this _____ day of December, 2005, that the defendant's motion be granted; and it is

FURTHER ORDERED that the sentencing be scheduled on the _____ day of _____, 2006.

_____
Judge Reggie B. Walton

cc: Solomon L. Wisenberg
1717 Rhode Island Ave., NW
Suite 600
Washington, DC 20036
sol@wisenberglaw.com
(202) 261-3649

AUSA Pasichow
555 4th Street, NW
Washington, DC 20530
Heidi.Pasichow@usdoj.gov