FILED

DEC 12 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Criminal No. 05-0263 (RBW) |
|---|---|---|
| v. | : | |
| EDWIN GERARD JOHNSON, | : | Sentencing Hearing: December 16, 2005 |
| Defendant. | : | |

ORDER

Upon consideration of the defendant's unopposed motion to continue the sentencing hearing it is hereby

ORDERED this 11th day of December, 2005, that the defendant's motion be granted; and it is

FURTHER ORDERED that the sentencing be scheduled on the 30th day of January, 2006. @ 9:00 am.

Judge Reggie B. Walton