UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

JAN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 05-263 (RBW) |
| ) | |
| EDWIN GERARD JOHNSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's unopposed motion to continue the January 30, 2006 sentencing hearing, it is hereby

**ORDERED** that the defendant's motion is GRANTED. The sentencing hearing is rescheduled from January 30, 2006, to April 3, 2006, at 9:45 a.m. in Courtroom 5 of the E. Barrett Prettyman United States Courthouse.

**SO ORDERED** this 27th day of January, 2006.

REGGIE B. WALTON
United States District Judge