UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-263-01</u> |
| vs. | : | SSN: __ |
| Edwin Gerard Johnson | : | Disclosure Date: <u>September 22, 2005</u> |

FILED
JUL 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                              **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____/10/5/05___          _____/10/5/05___
**Defendant**        **Date**            **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Friday, October 7, 2005**, to U.S. Probation Officer **Tanyita Ruley**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
          United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

**A. J. KRAMER**
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

October 6, 2005
~~July 5, 2005~~

**BY FAX (202) 273-0193**

Ms. Tanyita Ruley
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. Edwin Johnson</u> [Cr. No. 05-263(RBW)]

Ms. Ruley:

  Attached is the signed Receipt and Acknowledgment in connection with Mr. Johnson's Presentence Report (PSR). The following factual/material inaccuracies exist in the PSR:

  -On page 8, paragraph 40, a two point enhancement pursuant to U.S.S.G. § 2B3.2(b)(1) is inapplicable because there is no evidence that Mr. Johnson made a threat to cause "any significant injury" as required by § 2B3.2(b)(1). <u>See</u> U.S.S.G. § 1B1.1, Application Note 1(B).

  -On page 9, due to the above correction, Mr. Johnson's Adjusted Offense Level (Subtotal) is 20.

  -On page 9, paragraph 51, due to the above correction and the impact the above correction has on determining the Multiple Count adjustment, Mr. Johnson's Combined Adjusted Offense Level is 21.

  -On page 9, paragraph 54, due to the above corrections, Mr. Johnson's Total Offense Level is 18 rather than 19.

  -On page 14, paragraph 79, as mentioned in ¶ 80 of the PSR, Mr. Johnson was employed at the time of the instant offense.

  -On page 15, paragraph 87, consistent with the above corrections, Mr. Johnson's total offense level is 18, his criminal history category is I and his guideline range for imprisonment is 27 to 33 months.

Thank you for your assistance.

                                  Sincerely,

                                  Tony W. Miles
                                  Asst. Federal Public Defender

cc: AUSA Heidi Pasichow