HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: 05-263-01 |
| --- | --- | --- |
| vs. | : | SSN: |
| Edwin Gerard Johnson | : | Disclosure Date: September 22, 2005 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

[X]   There are no material/factual inaccuracies therein.

[X]   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          10/7/05
Prosecuting Attorney                      Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____          _____   _____
Defendant           Date             Defense Counsel     Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Friday, October 7, 2005**, to U.S. Probation Officer **Tanyita Ruley**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

10-7-05
pq

Receipt and Acknowledgment

Page 2

① There may be mandatory restitution applicable pursuant to 18 U.S.C. 3663A + 3664 regardless of the Δ's resources.

② Paragraph 101. Based upon PO's calculations of offense level of 22 provides a fine range of $7,500 - $75,000.

③ AUSA will provide name + contact information of victim(s) + may submit investigative expenses of US Park Police and US Marshals Service + Metropolitan Police Department.

Signed by: _____
(Defendant / Defense Attorney / AUSA)

Date: 10/7/05