PROB 12C-DC
(Rev. 03/07)

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

**FILED**

MAY 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Edwin Gerard Johnson, Jr**   Docket No.: **05-CR 263-01**

**REQUEST FOR COURSE OF ACTION**
(Issuance of warrant)

COMES NOW **LaDana H. Crowell**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Edwin Gerard Johnson, Jr**, who was placed on supervised release by the Honorable **Reggie B. Walton**, United States District Judge, sitting in the Court at Washington, DC, on the **31st** day of **July, 2006**, who fixed the period of supervised release at **three** years, and imposed the general terms and conditions of supervised release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. Submit a DNA sample.

2. Seek and maintain full time employment.

3. Report to the other jurisdictions where he has pending cases upon completion of the prison term set forth in this judgment if those matters have not already been resolved.

4. Submit to a mental health evaluation and if deemed necessary participate in a mental health treatment program under the direction of the Probation Office.

On July 31, 2006, Edwin Gerard Johnson, Jr. was sentenced to 33 months on Count 1 and 2, to run concurrently, followed by one year supervised release on Count 1 and three years supervised release, after pleading guilty to False Impersonation of Officer or Employee of the United States (Count 1), in violation of 18 USC § 912, and Interference With Commerce by Threats or Violence (Count 2), in violation of 18 USC § 1951.

Supervision commenced on October 10, 2007, and is scheduled to expire on October 9, 2010.

Edwin Gerard Johnson, Jr
Docket No.: 05-CR 263-01
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Statement of Alleged Violation of Supervised Release**

1. The defendant shall not commit another federal, state, or local crime (Standard Condition).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 15, 2008

*LaDana H. Crowell* (signature)

LaDana H. Crowell
U.S. Probation Officer
(202) 565-1439

Approved By: _____
Deborah A. Stevens-Panzer, Supervising
United States Probation Officer

**Notice of Delivery To Parties:**

)