UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED

MAY 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>Edwin Gerard Johnson, Jr</u>                Docket No.: <u>05-CR 263-01</u>

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that a warrant be issued for the arrest of Edwin Gerard Johnson, Jr as a supervised release violator and lodged as a detainer.

ORDER OF COURT

Considered and ordered this _____ day of _____, 2008.

_____
Reggie B. Walton
United States District Judge