```
                                                              FILED
                                                              AUG 1 2 2008
       UNITED STATES DISTRICT COURT
                 FOR THE                               NANCY MAYER WHITTINGTON, CLERK
         DISTRICT OF COLUMBIA                                U.S. DISTRICT COURT
```

U.S.A. vs. JOHNSON, Edwin, Jr.                    Docket No.: 05-CR-263

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☐ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

    ☐ Notice to US Marshal - Warrant to be entered into NCIC in all cases

☐ Issuance of a summons and scheduling of a Hearing on Violation

☒ Schedule ____Hearing on Violation or ____Modification Hearing with Voluntary appearance

    ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____

_____
Reggie B. Walton
United States District Judge

August 9, 2008
_____
Date