UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  05-263** |
| | : | |
| **v.** | : | |
| | : | |
| **EDWIN JOHNSON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Renata Kendrick Cooper, at telephone number (202) 307-0031 and/or e-mail address Renata.Cooper@usdoj.gov. Renata Kendrick Cooper will substitute for Assistant United States Attorney Heida Pasachow as counsel for the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney


    /**S**/
    **RENATA KENDRICK COOPER**
    Assistant United States Attorney
    Federal Major Crimes Section,
    555 Fourth Street, NW,  Room 4241
    Washington, DC 20530
    (202) 307-0031
    Renata.Cooper@usdoj.gov

Case 1:05-cr-00263-RBW   Document 32   Filed 08/29/2008   Page 2 of 2